891 F.2d 280
 Commonwealth of Pennsylvania, Williams (Raymond), McKay
(Willie), Eaddy (Marion J.), Hughes (Randolph, Jr.),
Brownlee (Arel), Bostic (William), Howard (Kenneth),
Christmas (Alpha), Richardson (Ronald), Winder (Clarence),
Crawford (Ronald), Gilchrist (Frank)
v.
Local Union 542, Int'l Union of Operating Engineers,
Operating Engineers Joint Apprenticeship andTraining
Committee of Phila., Eastern PA, State of DE, Gen. Bldng.
Contractors Assoc., Inc., Contractors Assoc. of
 NO. 89-1382
 United States Court of Appeals,
Third Circuit.
 NOV 03, 1989
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.